148 A.3d 745

SARAH B. BISER, PLAINTIFF-RESPONDENT, v. RICHARD L. LEVINE, DEFENDANT-PETITIONER.

July 26, 2016.

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-003318-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.